UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBIAPPS, INC., | ) Case No. 06-CV-1745-LAB (JMA) |
| Plaintiff, | ) **ORDER RESCHEDULING EARLY** |
| | ) **NEUTRAL EVALUATION CONFERENCE** |
| v. | ) |
| QUAKE GLOBAL, INC., | ) |
| Defendants. | ) |

At the request of counsel, **IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference, previously scheduled to be held October 27, 2006 at 10:00 a.m., will now be held on **November 17, 2006** at **10:00 a.m.** in the chambers of the Honorable Jan M. Adler, United States Magistrate Judge.

DATED:   October 12, 2006

_____
Jan M. Adler
U.S. Magistrate Judge

06cv1745LAB