UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBIAPPS, INC., | Case No. 06-CV-1745-LAB (JMA) |
| Plaintiff, | **ORDER RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| QUAKE GLOBAL, INC., | |
| Defendants. | |

At the request of counsel, **IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference, previously scheduled to be held November 17, 2006 at 10:00 a.m., will now be held on **November 20, 2006** at **2:00 p.m.** in the chambers of the Honorable Jan M. Adler, United States Magistrate Judge.

DATED: October 23, 2006

_____
Jan M. Adler
U.S. Magistrate Judge