UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBIAPPS, INC., | ) Case No. 06-CV-1745-LAB (JMA) |
| Plaintiff, | ) **ORDER FOLLOWING EARLY NEUTRAL** |
| | ) **EVALUATION CONFERENCE, SETTING** |
| v. | ) **RULE 26 COMPLIANCE AND NOTICE** |
| | ) **OF TELEPHONIC CASE MANAGEMENT** |
| QUAKE GLOBAL, INC., | ) **CONFERENCE** |
| Defendants. | ) |

On November 20, 2006 at 2:00 p.m., the Court convened an Early Neutral Evaluation Conference in the above entitled action.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed by <u>January 10, 2007</u>;

2. All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by <u>January 24, 2007</u>;

3. A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before <u>January 24, 2007</u> (the parties should consult Rule 26(f) for the substance of the

1  discovery plan); and,

2      4.   Pursuant to Rule 16(b) of the Federal Rules of Civil
3  Procedure, a telephonic Case Management Conference shall be held
4  on **January 31, 2007** at **9:30 a.m.** before Magistrate Judge Adler.
5  All counsel shall appear telephonically at this conference. The
6  Court will initiate the conference call.

7      Failure of any counsel or party to comply with this Order
8  will result in the imposition of sanctions.

9      **IT IS SO ORDERED.**

10 DATED:   November 20, 2006

                                          Jan M. Adler
                                          U.S. Magistrate Judge