1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   MOBIAPPS, INC., a Texas corporation,              CASE NO. 06cv1745-LAB (JMA)

12                                  Plaintiff,         [Related Case No.
                                                       06cv1574-LAB (JMA)]
13             vs.

14   QUAKE GLOBAL, INC., a California                  **ORDER GRANTING MOTION TO
     corporation,                                      INTERVENE**
15
                                                       [Dkt No. 18]
16                                  Defendant.
     _____

17   QUAKE GLOBAL, INC., a California
     corporation,
18
                                Counter Claimant,
19
               vs.
20
     MOBIAPPS, INC., a Texas corporation;
21   INTRINSIX, INC., a Massachusetts
     corporation; DOES 1 through 25,
22   inclusive,

23                            Counter Defendants.

24         ORBCOMM LLC, owner and operator of a satellite-based global wireless messaging

25   system used by the parties to this action, has moved to intervene as of right or, alternatively,

26   for permissive intervention.  The parties (Mobiapps, Inc. and Quake Global, Inc.) have filed

27   notices of non-opposition to ORBCOMM's proposed intervention.  ORBCOMM has made an

28   adequate showing on the law and the facts of its entitlement to intervene.  Accordingly, **IT**

1   **IS HEREBY ORDERED** the Motion is **<u>GRANTED</u>**, and the hearing presently scheduled for

2   January 8, 2007 is ***vacated.***

3       **IT IS SO ORDERED**.

4   DATED:  January 4, 2007

5

6                             **HONORABLE LARRY ALAN BURNS**
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28