UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBIAPPS, INC., | Case No. 06-CV-1745-LAB (JMA) |
| Plaintiff, | **ORDER FOLLOWING TELEPHONIC CASE MANAGEMENT CONFERENCE AND REGARDING SUPPLEMENTAL DISCOVERY RESPONSES TO BE PROVIDED BY QUAKE GLOBAL TO MOBIAPPS** |
| v. | |
| QUAKE GLOBAL, INC., | |
| Defendants. | |

On May 2, 2007 at 9:30 a.m., the Court conducted a telephonic Case Management Conference in the above-entitled action. Counsel for the parties participated in the conference. After discussion with counsel for MobiApps and Quake Global concerning certain discovery disputes between the parties, the Court **ORDERS** the following:

(1) Quake Global shall provide a Supplemental Response to MobiApps' Interrogatory No. 1 **not later than May 18, 2007**. The Supplemental Response shall define with more particularity (by identifying applicable portions of documents identified in Quake Global's § 2019.210 Statement) the trade secrets comprised by "the entire

body of know-how" and the "negative research" referred to by Quake Global in its original Response to Interrogatory No. 1.  The Court's expectation is that, after service of the Supplemental Response and the completion of up-coming depositions, Quake Global will have identified all trade secrets it contends were misappropriated by MobiApps with "reasonable particularity" so as to comply with California Code of Civil Procedure § 2019.210.  After that time, no additional identification of trade secrets will be permitted.

2. Quake Global shall provide a Supplemental Response to MobiApps' Interrogatory No. 10 **not later than May 17, 2007.**  The Supplemental Response shall provide whatever information Quake Global currently possesses concerning its out-of-pocket damages.  Quake Global shall further supplement its response to Interrogatory No. 10 as additional information regarding its out-of-pocket damages becomes available to it (through completion of expert reports, for example).

A telephonic Case Management Conference shall be held on **August 1, 2007 at 9:30 a.m.** before Magistrate Judge Adler.  All counsel shall appear telephonically at this conference.  The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED:  May 2, 2007

Jan M. Adler
U.S. Magistrate Judge