# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBIAPPS, INC., a Texas corporation,<br><br>                      Plaintiff,<br>vs.<br><br>QUAKE GLOBAL, INC., a California corporation,<br><br>                      Defendant.<br><br>QUAKE GLOBAL, INC., a California corporation,<br><br>                      Counter Claimant,<br>vs.<br><br>MOBIAPPS, INC., a Texas corporation;<br>INTRINSIX, INC., a Massachusetts corporation; DOES 1 through 25, inclusive,<br><br>                      Counter Defendants. | CASE NO. 06cv1745-LAB (JMA)<br><br>[Related Case No. 06cv1574-LAB (JMA)]<br><br>**SCHEDULING ORDER** |

Defendant and Counterclaim Plaintiff Quake Global, Inc. has timely filed Objections to Magistrate Judge Jan M. Adler's Order on a discovery matter.  Pursuant to 18 U.S.C. § 636(b)(1)(A), FED. R. CIV. P. 72, and this court's Standing Order, **IT IS HEREBY ORDERED** Plaintiff and Counterclaim Defendant MobiApps, Inc. may file responsive briefing not to exceed ten (10) pages on or before ***June 4, 2007***.  Absent further Order of the court, the matter will be decided thereafter on the papers and without oral argument.

    **IT IS SO ORDERED**.

DATED:  May 21, 2007

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28