# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBIAPPS, INC., a Texas corporation,<br><br>                           Plaintiff,<br><br>  vs.<br><br>QUAKE GLOBAL, INC., a California corporation,<br><br>                          Defendant.<br><hr>QUAKE GLOBAL, INC., a California corporation,<br><br>                         Counter Claimant,<br><br>  vs.<br><br>MOBIAPPS, INC., a Texas corporation; INTRINSIX, INC., a Massachusetts corporation; DOES 1 through 25, inclusive,<br><br>                         Counter Defendants. | CASE NO. 06cv1745-LAB (JMA)<br><br>[Related Case No. 06cv1574-LAB (JMA)]<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ALL REMAINING CLAIMS AS BETWEEN PLAINTIFF AND DEFENDANT**<br><br>[Dkt No. 100] |

      Plaintiff and Counter-Defendant MobiApps, Inc. ("MobiApps") and Defendant and Counter-Claimant Quake Global, Inc. ("Quake"), with the approval of counsel for Counter-Defendant Intrinsix, Inc. ("Intrinsix"), jointly move for dismissal with prejudice of all their

1  pending claims and counterclaims against each other, with each side to bear its own
2  attorneys' fees and costs. Dkt No. 100. The Motion is **GRANTED**. Inasmuch as Intrinsix
3  has appeared in the action, FED.R.CIV.P. 41 requires a formal dismissal as between Intrinsix
4  and Quake also be entered before this action may be dismissed in its entirety as to all claims
5  and all parties.

6      **IT IS SO ORDERED**.

7  DATED: August 23, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge