UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOBIAPPS, INC., | ) | Case No. 06-CV-1745-LAB (JMA) |
| Plaintiff, | ) | **ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| QUAKE GLOBAL, INC., | ) | |
| Defendants. | ) | |

   **IT IS HEREBY ORDERED** that a telephonic Case Management Conference will be held on **September 10, 2007** at **9:30 a.m.** Counsel for Quake Global, Inc. and Intrinsix, Inc. will participate in the conference, and the Court will initiate the conference call.

DATED: September 4, 2007

_____
Jan M. Adler
U.S. Magistrate Judge

06cv1745LAB